IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-90-0438 DFL DAD P

    vs.

ANTHONY BRUCE CANNON,

    Movant.                  <u>ORDER</u>

_____/

    Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 1, 2006, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within twenty days. Movant has not filed objections to the findings and recommendations.

    Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY
3  ORDERED that:
4      1. The findings and recommendations filed May 1, 2006, are adopted in full;
5      2. This action is dismissed for movant's failure to keep the court apprised of his
6  current address (see Local Rules 83-182(f) and 11-110); and
7      3. The Clerk of the Court is directed to close the companion civil case
8  No. CIV S-01-1225 DFL DAD P.
9  DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge